IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTOINETTE DJONRET,           )<br>                              )<br>    Plaintiff,             )<br>                              )<br>    v.                        )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>                              )<br>    Defendant.                )  |  CIVIL ACTION NO.<br>   2:14cv42-MHT<br>        (WO) |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied with prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of July, 2016.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**